# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| JOHNIESCA SMITH, ) | |
| ) | No. 3:11-CV-293 |
| Plaintiff, ) | |
| ) | Judge Thomas M. Rose |
| vs. ) | |
| ) | **ORDER AND JOURNAL ENTRY** |
| ENTERPRISE RECOVERY SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

This cause came to be heard on the parties' Joint Amended Motion to Vacate Default Judgment and to Dismiss Case with Prejudice. The Court finds the parties' motion well-taken and it is hereby granted. The default judgment entered by this Court against Defendant on November 21, 2011 (Doc. # 8) is vacated and this matter is dismissed with prejudice.

IT IS SO ORDERED this Eighth Day of May, 2012.

                                             **s/Thomas M. Rose**

                                             _____
                                             UNITED STATES DISTRICT JUDGE