# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JOHNIESCA SMITH, | No. 3:11-CV-293 |
| Plaintiff, | |
| vs. | Judge Thomas M. Rose |
| ENTERPRISE RECOVERY SYSTEMS, INC., | **ORDER AND JOURNAL ENTRY** |
| Defendants. | |

This cause came to be heard on the parties' Joint Amended Motion to Vacate Default Judgment and to Dismiss Case with Prejudice. The Court finds the parties' motion well-taken and it is hereby granted. The default judgment entered by this Court against Defendant on November 21, 2011 (Doc. # 8) is vacated and this matter is dismissed with prejudice.

IT IS SO ORDERED this Eighth Day of May, 2012.

s/Thomas M. Rose
_____
UNITED STATES DISTRICT JUDGE